```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
CARMEN TAVAREZ-VARGAS,                                           :
                                                                 :
                              Plaintiff,                         :
                                                                 :         21 Civ. 9876 (JPC)
              -v-                                                :
                                                                 :         ORDER
CULTURE CARTON LLC,                                              :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The hearing on Plaintiff's motion for default judgment, Dkts. 11-14, currently is scheduled for March 29, 2022, at 3:30 p.m., Dkt. 6. It is hereby ORDERED that the March 29, 2022 default judgment hearing is adjourned to April 20, 2022, at 1:00 p.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

      It is further ORDERED that Plaintiff serve Defendant via overnight courier with a copy of this Order and file proof of service on the docket by March 15, 2022.

      SO ORDERED.

Dated: March 11, 2022  
       New York, New York

                                            JOHN P. CRONAN  
                                            United States District Judge