UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

CARMEN TAVAREZ-VARGAS,

                  Plaintiff,

       -v-

CULTURE CARTON LLC,

                Defendant.

-------------------------------------------------------------------X

21 Civ. 9876 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

The hearing on Plaintiff's motion for default judgment, Dkts. 11-14, currently is scheduled for April 20, 2022, at 1:00 p.m., Dkt. 18.  It is hereby ORDERED that the April 20, 2022 default judgment hearing is adjourned to May 31, 2022, at 1:00 p.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

It is further ORDERED that Plaintiff serve Defendant via overnight courier with a copy of this Order and file proof of service on the docket by April 8, 2022.

SO ORDERED.

Dated: April 6, 2022
      New York, New York

                                       JOHN P. CRONAN
                             United States District Judge