```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
CARMEN TAVAREZ-VARGAS,                                           :
                                                                 :
                         Plaintiff,                              :
                                                                 :           21 Civ. 9876 (JPC)
         -v-                                                     :
                                                                 :                ORDER
CULTURE CARTON LLC,                                              :
                                                                 :
                         Defendant.                              :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The hearing on Plaintiff's motion for default judgment, Dkts. 11-14, currently is scheduled for May 31, 2022, at 1:00 p.m., Dkt. 20. It is hereby ORDERED that the May 31, 2022 default judgment hearing is adjourned to May 31, 2022, at 4:00 p.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

It is further ORDERED that Plaintiff serve Defendant via overnight courier with a copy of this Order and file proof of service on the docket by April 25, 2022.

SO ORDERED.

Dated: April 21, 2022
       New York, New York
                                                    _____
                                                           JOHN P. CRONAN
                                                      United States District Judge