```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CARMEN TAVAREZ-VARGAS,                                                 :
                                                                       :
                        Plaintiff,                                     :
                                                                       :       21 Civ. 9876 (JPC)
        -v-                                                            :
                                                                       :       ORDER
CULTURE CARTON LLC,                                                    :
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

        The hearing on Plaintiff's motion for default judgment, Dkts. 11-14, currently is scheduled for May 31, 2022, at 4:00 p.m., Dkt. 22.  The Court previously directed Plaintiff to "serve h[er] motion for default judgment and supporting paperwork on Defendant by March 2, 2022, and [to] file an Affidavit of Service on ECF by March 4, 2022."  Dkt. 6 at 1.  The docket, however, does not reflect any proof of service of Plaintiff's default judgment papers on Defendant.  Accordingly, it is hereby ORDERED that, by the end of the day on May 26, 2022, Plaintiff shall file proof of service of Plaintiff's default judgment papers on Defendant as previously directed by the Court.  If Plaintiff has not yet served Defendant with the default judgment papers or requires additional time to file proof of such service, Plaintiff shall advise the Court whether she seeks an adjournment of the May 31, 2022 default judgment hearing.

        SO ORDERED.

Dated: May 26, 2022
      New York, New York
                                                                            JOHN P. CRONAN
                                                                   United States District Judge