```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CARMEN TAVAREZ-VARGAS,                                                 :
                                                                       :
                              Plaintiff,                               :
                                                                       :           21 Civ. 9876 (JPC)
               -v-                                                     :
                                                                       :               ORDER
CULTURE CARTON LLC,                                                    :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On May 27, 2022, the Court adjourned the hearing on Plaintiff's motion for default judgment, Dkts. 11-14, from May 31, 2022, at 1:00 p.m., to June 30, 2022, at 11:00 a.m., Dkt. 28. In that Order, the Court directed Plaintiff to "serve Defendant via overnight courier with a copy of this Order and file proof of service on the docket by June 1, 2022." *Id.* The docket does not reflect that Defendant has been served with the Court's May 27, 2022 Order. Accordingly, it is hereby ORDERED that, by June 6, 2022, Plaintiff shall file proof of service of the May 27, 2022 Order on Defendant as previously directed by the Court.

It is further ORDERED that, by June 9, 2022, Plaintiff shall file supplemental briefing on whether Plaintiff properly alleged Article III standing under Title III of the Americans with Disabilities Act, 43 U.S.C. § 12101 *et seq.*, in light of the Second Circuit's recent decision in *Calcano v. Swarovski N. Am Ltd.*, No. 20-1552, 2022 WL 1788305 (2d Cir. June 2, 2022).

SO ORDERED.

Dated: June 2, 2022  
      New York, New York                                    JOHN P. CRONAN  
                                                               United States District Judge